**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-2078**

_____

ALPHONSO JACKSON, Acting Secretary of Housing
and Urban Development,

                                        Plaintiff - Appellee,

          versus

GEORGE HAYDU,

                                        Defendant - Appellant,

          and

BUYERS SOURCE SUGARMILL, L.L.C.; BUYERS SOURCE
SAVANNAH, L.L.C.; BUYERS SOURCE VALLEY GROUP,
L.L.C.; ISLAND REALTY, L.L.C.; BSMC,
INCORPORATED; BELMONT PROPERTIES,
INCORPORATED; ONE SOURCE EQUITY, L.L.C.;
FREDERICK BLAKE; THOMAS BREWER; LANNY
CAMPBELL; SUSAN GARD; HENRY MONTGOMERY; SUSAN
SMOTHERS, a/k/a Susan Strothers; JO ANNE
BARROS; DARRELL BROOKS; PATRICK CAMPBELL; MIKE
DURHAM; BILL ELKO; LEON LUCARELLI, a/k/a Leon
Masterson; BEVERLY MCPHERSON; DAWN MOCK;
CHRIS A. MONTGOMERY; GREGORY SANJURJO; JEFF
VOTAW; SANDY WILLIAMS,

                                        Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge. (CA-03-591-2)

Submitted:  March 30, 2005          Decided:  April 15, 2005

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Haydu, Appellant Pro Se. Barbara Cozad Biddle, Tara Leigh Grove, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Haydu appeals the district court's order imposing an injunctive sanction and ordering restitution for conduct that violated the Interstate Land Sales Act, 15 U.S.C. §§ 1701-1720 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jackson v. Haydu, No. CA-03-591-2 (E.D. Va. filed Aug. 3, 2004 & entered Aug. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED